IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　　Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>LUIS CUEVAS-AGUILAR,  )<br>  )<br>　　　　Defendant.  ) | 8:08CR299<br><br>ORDER |

　　　This matter is before the court on the motion [11] of Michael F. Maloney for leave to withdraw as counsel for the defendant. Substitute counsel, Horacio J. Wheelock, has entered an entry of appearance [10].

　　　**IT IS ORDERED** that the Motion to Withdraw as Attorney of Record [11] is granted, and the appearance of Michael F. Maloney is hereby deemed withdrawn.

　　　**DATED August 25, 2008.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**